FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 SEP 10, AM 11:51

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BORISH JENKINS, )
)
    Petitioner, )
)
v. ) CASE NO. CV409-125
)
WARDEN DONALD BARROW and )
THURBERT BAKER, Attorney )
General of the State of )
Georgia, )
)
    Respondents. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 12), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Respondents' Motion to Dismiss Petition as Moot is **GRANTED** and the 28 U.S.C. § 2254 Petition is **DISMISSED WITH PREJUDICE**. The **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this 10th day of September 2010.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA